**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-WY-1927 CB (MJW)

ENCAPSULATION TECHNOLOGY, LLC,
a California limited liability company,

    Plaintiff,

v.

INSTACOTE, INC., an Ohio corporation;
THOMAS NACHTMAN;
CHARLES SMITH;
PMTECH, INC., a Colorado corporation;
RICHARD S. HOGUE;
ALPHA GROUP & ASSOCIATES, L.L.C., a
Colorado limited liability company; and
ROCK NEVEAU,

    Defendants.

---

**ORDER**

---

    **IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor, Cheyenne, Wyoming 82001.

    Dated this 27th day of July, 2005.

UNITED STATES DISTRICT COURT JUDGE

*FILED*
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG - 1 2005
GREGORY C. LANGHAM
CLERK