IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 0 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-WY-1927 CB (MJW)

ENCAPSULATION TECHNOLOGY, LLC,
a California limited liability company,

    Plaintiff,

v.

INSTACOTE, INC., an Ohio corporation;
THOMAS NACHTMAN;
CHARLES SMITH;
PMTECH, INC., a Colorado corporation;
RICHARD S. HOGUE;
ALPHA GROUP & ASSOCIATES, L.L.C., a
Colorado limited liability company; and
ROCK NEVEAU,

    Defendants.

---

### ORDER DIRECTING REASSIGNMENT OF CASE

---

A complaint was filed in this action on September 29, 2003. The matter has been stayed for a considerable period pending the patent reexamination by the United States Patent and Trademark Office. Considering a stay is still pending, the Court finds that it appropriate to reassign the case to a United States District Judge from the District of Colorado.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall reassign this case to a United States District Judge from the District of Colorado.

Dated this 6 day of October, 2006.

CLARENCE A. BRIMMER
UNITED STATES DISTRICT COURT JUDGE