IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01927-WDM-MJW

ENCAPSULATION TECHNOLOGY, LLC.,

    Plaintiff,

v.

INSTACOTE, INC., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    A review of the file reveals that the defendant Alpha Group's motion for summary judgment has been pending since June 20, 2004. Because this case is stayed pending final determination from the U.S. Patent Office on reexamination, the motion is denied without prejudice to refile after action by the U.S. Patent Office.

Dated: February 1, 2007

                                                  s/ Kathy Preuitt-Parks, Deputy Clerk