IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-1927-WDM-MJW

ENCAPSULATION TECHNOLOGY, LLC, a California limited liability company,

    Plaintiff,

v.

INSTACOTE, INC., an Ohio Corporation;
THOMAS NACHTMAN, an individual;
CHARLES SMITH, an individual;
PMTECH, INC., a Colorado Corporation;
RICHARD S. HOGUE, an individual;
ALPHA GROUP & ASSOCIATES, L.L.C., a Colorado limited liability company; and
ROCK NEVEAU, an individual,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

Miller, J.

    This matter is before me on the motion to dismiss filed by defendant PMTech, Inc., on March 2, 2007. PMTech requests dismissal without prejudice of the claims asserted by plaintiff Encapsulation Technology, LLC, on the basis of a final office action issued by the United States Patent and Trademark Office, rejecting the patent at issue in this lawsuit. Encapsulation opposes dismissal, even without prejudice, because of the possibility the statute of limitations on damages might run during the reexamination process. Instead, it suggests that I close this case administratively. After review of the parties' positions on these issues, I agree with Encapsulation that administrative closure is preferable.

    Accordingly, it is ordered:

1. The motion to dismiss filed March 2, 2007 (Docket No. 169), is denied without prejudice.

2. This case shall be administratively closed until April 7, 2008.

3. If no action is taken to reopen the case before April 7, 2008, this case shall be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on April 6, 2007.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge