IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. ~~03-WY-1927 (MJW)~~ 03-CV-01927-WDM-MJW

---

ENCAPSULATION TECHOLOGY, LLC, a California limited liability company,

Plaintiff,

v.

INSTACOTE, INC., an Ohio corporation,
THOMAS NACHTMAN, an individual,
CHARLES SMITH, an individual,
PMITECH INC., a Colorado corporation,
RICHARD S. HOGUE, an individual,
ALPHA GROUP & ASSOCIATES, L.L.C., and
ROCK NEVEAU, an individual,

Defendants.

---

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL (Docket No. 180)

THIS MATTER, having come before the Court upon the motion for withdrawal of counsel (the "Motion"), and the Court having reviewed the Motion, and good cause having been shown for the granting of the requested relief ORDERS:

That Luis A. Toro be, and hereby is, authorized to withdraw as counsel for Richard S. Hogue and Rock Neveau in the above-captioned proceedings.

Dated: February 1, 2008.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

P:\9999\kag\LAT Withdrawal Pleadings\Hogue Withdrawal Order