IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-01927-WDM-MJW

ENCAPSULATION TECHNOLOGY, LLC, a California limited liability company,

Plaintiff,

v.

INSTACOTE, INC., an Ohio corporation;
THOMAS NACHTMAN;
CHARLES SMITH;
PMTECH, INC., a Colorado corporation;
RICHARD S. HOGUE;
ALPHA GROUP & ASSOCIATES, L.L.C., a Colorado limited liability company; and
ROCK NEVEAU,

Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW RICHARD F. BUSCH, II AS ATTORNEY OF RECORD FOR DEFENDANT ALPHA GROUP & ASSOCIATES, LLC ( Docket No 186 )

---

THIS MATTER having come before the Court upon the Motion to Withdraw Richard F. Busch, II as attorney of record for Defendant Alpha Group & Associates, LLC, and the Court being advised in the premises, finds the same is well taken,

**IT IS HEREBY ORDERED** that Richard F. Busch, II is hereby removed from the Court's records and ECF notifications as attorney of record for Defendant Alpha Group & Associates, LLC, effective immediately.

Doc# 2529708\1

Dated this 13th day of February, 2008.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Doc# 2529708\1