IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-1927-WDM-MJW

ENCAPSULATION TECHNOLOGY, LLC, a California limited liability company,

    Plaintiff,

v.

INSTACOTE, INC., an Ohio Corporation;
THOMAS NACHTMAN, an individual;
CHARLES SMITH, an individual;
PMTECH, INC., a Colorado Corporation;
RICHARD S. HOGUE, an individual;
ALPHA GROUP & ASSOCIATES, L.L.C., a Colorado limited liability company; and
ROCK NEVEAU, an individual,

    Defendants.

## ORDER EXTENDING ADMINISTRATIVE CLOSURE

Miller, J.

This matter is before me on Plaintiff's Motion to Reopen Case Nunc Pro Tunc as of April 6, 2008 (doc no 189), which Defendant PMTech opposes. On April 6, 2007, I ordered that this case be administratively closed until April 7, 2008, and that if no action were taken to reopen the case it would be dismissed without prejudice without further notice. As noted in my original order administratively closing this matter, PMTech requested dismissal without prejudice of the claims asserted by plaintiff Encapsulation Technology, LLC, on the basis of a final office action issued by the United States Patent and Trademark Office, rejecting the patent at issue in this lawsuit. Instead of dismissing the case, I administratively closed it pending Plaintiff's administrative appeal. Plaintiff purportedly seeks to reopen this matter, but only to close it again, and so I construe Plaintiff's motion

as one to extend the administrative closure. Plaintiff asserts that the reexamination process is ongoing and that it could be at least another year before the Patent Office Board of Appeals renders its decision on Plaintiff's appeal. PMTech's objections go to Plaintiff's failure to timely act, but otherwise demonstrate no real prejudice or other impediment to continuing to stay this matter.

Accordingly, it is ordered:

1. Plaintiff's Motion to Reopen Case Nunc Pro Tunc as of April 6, 2008 (doc no 189) is granted nunc pro tunc.

2. The administrative closure of this case shall be extended to April 7, 2009.

3. If no action is taken to reopen the case before April 7, 2009, this case shall be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on July 14, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge