IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 03-cv-1927-WDM-MJW

ENCAPSULATION TECHNOLOGY, LLC, a California limited liability company,

   Plaintiff,

v.

INSTACOTE, INC., an Ohio Corporation;
THOMAS NACHTMAN, an individual;
CHARLES SMITH, an individual;
PMTECH, INC., a Colorado Corporation;
RICHARD S. HOGUE, an individual;
THE ALPHA GROUP & ASSOCIATES, L.L.C., a Colorado limited liability company; and
ROCK NEVEAU, an individual,

   Defendants.

## ORDER ON MOTIONS FOR SUMMARY JUDGMENT

Miller, J.

This matter is before me on Defendant PMTech, Inc.'s Motion for Summary Judgment (Docket No. 199) and Defendant The Alpha Group & Associates, LLC's Motion for Summary Judgment (Docket No. 204). Plaintiff Encapsulation Technology, LLC confesses both motions[1] but asserts that an award of attorneys' fees is unjustified. Since neither Defendant sought attorneys' fees in its motion, I need not address the issue at this

---

[1]Plaintiff's complaint in this matter asserts claims primarily based on the purported validity of a patent. Because the United States Patent and Trademark Office invalidated the patent, a decision upheld on appeal, the parties agree that the patent infringement and related claims must fail.

time.

Accordingly, it is ordered:

1. Defendant PMTech, Inc.'s Motion for Summary Judgment (Docket No. 199) and Defendant The Alpha Group & Associates, LLC's Motion for Summary Judgment (Docket No. 204) are granted.

2. Summary judgment is granted in favor of these Defendants and against Plaintiff on all claims.

3. Defendant PMTech, Inc. and Defendant The Alpha Group & Associates, LLC may have their costs.

DATED at Denver, Colorado, on May 3, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge